THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 Steven R.
 Glover, Petitioner, 
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from McCormick County
William P. Keesley, Plea Judge
Diane S. Goodstein, Post-Conviction Relief Judge

Unpublished Opinion No. 2009-UP-014
Submitted January 2, 2009  Filed January 8, 2009

APPEAL DISMISSED

 
 
 
 Deputy
 Chief Attorney Wanda H. Carter, of Columbia, for Petitioner.
 Attorney
 General Henry D. McMaster, Chief Deputy Attorney John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Dean
 Grigg, all of Columbia, for Respondent.  
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the
 denial of his application for post-conviction relief (PCR).  
Because there is
 sufficient evidence to support the PCR judges finding that Petitioner is
 entitled to a belated appeal, we grant the petition for a writ of certiorari
 and proceed with a review of the direct appeal issue pursuant to Davis v.
 State, 288 S.C. 290, 342 S.E.2d 60 (1986).  
After consideration
 of counsels brief and review pursuant to Anders v. California, 386 U.S.
 738 (1967), Petitioners direct appeal is dismissed,[1] and counsels motion to be relieved is granted.  
APPEAL
 DISMISSED.
HEARN, C.J., SHORT and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.